**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| VALTRUS INNOVATIONS LTD. and KEY PATENT INNOVATIONS LTD., | § § § § § § § § § § § § § | Case No. 2:25-cv-00080-JRG |
| Plaintiffs, | | **JURY TRIAL DEMANDED** |
| v. | | |
| LENOVO GROUP LIMITED, ET AL., | | |
| Defendants. | | |

**JOINT MOTION TO DISMISS**

WHEREAS, Plaintiffs Valtrus Innovations Ltd. and Key Patent Innovations Ltd. (collectively, "Plaintiffs") have resolved Plaintiffs' claims for relief against Defendants Lenovo Group Limited, Lenovo PC HK Ltd., and Motorola (Wuhan) Mobility Technologies Communication Company Limited (collectively, "Defendants") in this case.

NOW, THEREFORE, Plaintiffs and Defendants, through their attorneys of record, request this Court to dismiss Plaintiffs' claims for relief against Defendants with prejudice and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated:  December 22, 2025

Respectfully submitted,

/s/ Vincent J. Rubino, III
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email: plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435

Email: vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Trulove
State Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

*ATTORNEYS FOR PLAINTIFFS*
*VALTRUS INNOVATIONS LTD. and*
*KEY PATENT INNOVATIONS LTD.*


*/s/ Shawnna M. Yashar (with permission)*
Shawnna M. Yashar
D.C. Bar No. 976460
Email: syashar@omm.com
D. Sean Trainor
D.C. Bar No. 463514
Email: dstrainor@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300
Facsimile: (202) 383-5414

2

Laura M. Burson
State Bar. No. 24091995
Email: lburson@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

Melissa Richard Smith
State Bar No. 24001351
Email: melissa@gillamsmith.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

*ATTORNEYS FOR DEFENDANTS*
*LENOVO GROUP LIMITED, ET  AL.*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that, on December 22, 2025, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).

/s/ Vincent J. Rubino, III
Vincent J. Rubino, III

## **CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that all counsel of record have met and conferred in accordance with Local Rule CV-7(h) and the relief sought in this joint motion is unopposed.

/s/ Vincent J. Rubino, III
Vincent J. Rubino, III